IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Robert O. Thomas,                          :
                                           :
            Petitioner(s),                 :
                                           :    Case Number: 1:17cv432
      vs.                                  :
                                           :    Judge Susan J. Dlott
Warden, Chillicothe Correctional           :
                                           :
            Respondent(s).                 :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United
States District Court for the Southern District of Ohio Western Division to United States
Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed
the pleadings and filed with this Court on August 1, 2017 a Report and Recommendation (Doc.
3).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 4).

The Court has reviewed the comprehensive findings of the Magistrate Judge and
considered de novo all of the filings in this matter. Upon consideration of the foregoing, the
Court does determine that such Recommendation should be adopted.

Accordingly, this case is DISMISSED for lack of prosecution.

IT IS SO ORDERED.


                                    ___s/Susan J. Dlott_____
                                    Judge Susan J. Dlott
                                    United States District Court